# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LISA R. BARBERI,

    Plaintiff,

v.                                     Case No.: 3:12cv435/MCR/EMT

**NEW CENTURY MORTGAGE CORP.,**
et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 20, 2013 (doc. 26). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.[1]

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. This action is **DISMISSED**.

    3. The clerk is directed to enter judgment accordingly and close the case.

**DONE AND ORDERED** this 25th day of March, 2013.

                                  s/ *M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] No timely objections have been filed.